IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AL-JALEEL SINGLETON<br>*Plaintiff* | : | CIVIL ACTION |
| | : | NO. 19-45 |
| v. | : | |
| PATRICIA M. ENGLER<br>*Defendant* | : | |

# ORDER

**AND NOW**, this 18th day of March, 2019, upon consideration of *pro se* Plaintiff Al-Jaleel's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 8), Prisoner Trust Fund Account Statement (ECF No. 9), Amended Complaint (ECF No. 4), and the Court's February 27, 2019 Order dismissing this action for failure to prosecute (ECF No. 7), it is herby **ORDERED** that:

1. The Court's February 27, 2019 Order is **VACATED**.

2. Leave to proceed *in forma pauperis* is **GRANTED**.

3. Singleton, #0197836, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Singleton, an initial partial filing fee of $16.09 is assessed. The Warden or other appropriate official at the Lehigh County Prison or at any other prison at which Singleton may be incarcerated is directed to deduct $16.09 from Singleton's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 19-45. After the initial partial filing fee is collected and until the full filing fee is paid, the Warden or other appropriate official at the Lehigh County Prison or at any other prison at which Singleton may be incarcerated, shall deduct from Singleton's account, each time that Singleton's inmate trust fund account exceeds $10.00, an amount no greater than 20 percent of the

money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 19-45.

4. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of the Lehigh County Prison.

5. The Amended Complaint is **DEEMED** filed.

6. Singleton's Amended Complaint is **DISMISSED with prejudice** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), for the reasons discussed in the Court's Memorandum. Singleton may not file a second amended complaint in this matter.

7. This case shall remain **CLOSED**.

**BY THE COURT:**

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*